# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Caleb Joshua Malboeuf and<br>David Wayne Malboeuf,<br><br>Defendants. | No.  11-04234M-001-PCT-MEA<br><br>**NOTICE OF PROPOSED RESOLUTION OF RESTITUTION** |

The United States of America and Defendants Caleb Joshua Malboeuf and David Wayne Malboeuf, through counsel, hereby advise all below-listed victims in this matter of proposed payments to resolve the outstanding restitution Judgment in this matter. The proposed payments include immediate full payment of the outstanding restitution amounts owing to primary victims and agreed partial payments to secondary victims, as detailed below.

Defendants would make the payments to the Clerk of the Court within ten days after approval by the Court. The Court will hold a hearing on **April 19, 2017, at 2:00 p.m.**, before Magistrate Judge David K. Duncan, 401 W. Washington Street, Phoenix, Arizona, Courtroom 305, to consider the satisfaction of the restitution Judgment based on the proposed payments set forth below.

Any victim may appear at the hearing and/or may file a statement regarding the proposal by **April 12, 2017**, by sending it to the Clerk, U.S. District Court, U.S. Courthouse, 401 W. Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-5041.

If approved by the Court, Defendants' restitution obligation shall be satisfied by payments made as follows:

**Group I**

Primary victims without insurance:

| Victim | Restitution | Paid | Outstanding | Payment |
|---|---|---|---|---|
| James Brannan | $65,255.00 | $7,702.96 | $57,552.04 | $57,552.04 |
| John and Sherry Dix | $7,978.22 | $929.20 | $7,049.02 | $7,049.02 |
| Fred and Marion Emerson | $35,000.00 | $4,131.29 | $30,868.71 | $30,868.71 |
| Daryn and Polly Fritz | $29,779.97 | $3,515.50 | $26,264.47 | $26,264.47 |
| LDS Church Camp | $46,824.01 | $5,562.06 | $41,261.95 | $41,261.95 |
| Malcolm Davis Hansen | $11,150.00 | $1,316.32 | $9,833.68 | $9,833.68 |
| Claude Smith and Karen Larason | $119,275.00 | $10,668.92 | $108,606.08 | $108,606.08 |
| Linda and Lowell Neely | $11,917.00 | $1,406.93 | $10,510.07 | $10,510.07 |
| Gayle Richardson (for Jackson Family) | $417.81 | $45.78 | $372.03 | $372.03 |
| Roy Neil Skidmore | $2,490.00 | $278.81 | $2,211.19 | $2,211.19 |
| Bonnie Joan Smith and Jed Smith | $2,000.00 | $81.00 | $1,919.00 | $1,919.00 |
| **Total** | **$332,087.01** | **$35,638.77** | **$296,717.13** | **$296,717.13** |

## Group II

Primary victims who were covered by insurance, but claim additional out-of-pocket losses:

| Victim | Restitution | Outstanding | Payment |
|---|---|---|---|
| Barry Bigelow | $1,000.00 | $1,000.00 | $1,000.00 |
| Joe and Emilia Chacon | $3,700.00 | $3,700.00 | $3,700.00 |
| James Kinninger | $200.00 | $200.00 | $200.00 |
| **Total** | **$4,900.00** | **$4,900.00** | **$4,900.00** |

## Group III

Secondary victims (insurance companies):

| Victim-Insured | Restitution | Agreed Payment |
|---|---|---|
| Kemper Independence Insurance Company-Bigelow | $7,015.14 | $206.73 |
| Federal Insurance Co.(CHUBB)-Peru | $2,421,913.70 | $71,371.90 |
| Farmers Insurance-Holmes | $338,105.00 | $9,963.69 |
| Brown and Brown Insurance of Arizona-Walsh | $28,102.38 | $828.16 |
| USAA-Cowdrey | $598,235.30 | $17,629.52 |
| **Total** | **$3,393,371.52** | **$100,000.00** |

DATED: March 3, 2017.

Edward H. Laber (with permission)
Edward H. Laber
Attorney for Defendant Caleb Malboeuf

DATED: March 3, 2017.

Stephen Robert Glazer (with permission)
Stephen Robert Glazer
Attorney for Defendant David Malboeuf

DATED: March 3, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

Patrick J. Schneider (with permission)
Patrick J. Schneider
Assistant U.S. Attorney

/ Notice