Case 3:11-mj-04234-DKD   Document 117   Filed 04/03/17   Page 1 of 2

MJ-11-04234-PCT-DKD

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

HELLO – To whom it may Concern

My name is James Brannan.
I was born in Phoenix in 1947, and am a Vietnam veteran.

I am the victim of a back burn that was started by representatives of the US Forest Service during the Wallow fire in 2011.

I left my small cabin in Cochise County in 2004 to take care of my mother who had fallen in the kitchen of her home in Nutrioso, Az. She broke her hip in that fall, and she lived one year to the month afterward.

When she passed I sold my cabin and the property it sat on. And then put more than $38k in improvements into the home and grounds. A new roof, stone work around the base, flagstone walkways, re-rocked the entire drive, etc. Then I purchased the connecting 2 acres above the 4 acres that came with my mother's house that I had inherited. All of this went up in smoke during the Wallow fire. Along with the many old-growth ponderosas surrounding, and throughout the property.

When the fire started, many miles away, my partner and I, with very little sleep, worked around the clock about 8 days in the attempt to make the immediate area around the house less burnable.

We didn't run when Nutrioso was initially evacuated. We stayed when the smoke was so thick you could barely see your hand in front of you. Finally leaving when a sherriffs deputy came to our back door while we ate beans for lunch and told us the fire was within 30 minutes of our home.

Not being able to see as a result of the smoke, and the fact the house was down in a canyon, and that the fire authorities had cut the power in Nutrioso so that the batteries to the phone system went dead we found it necessary to leave with what we could haul away.

The actual Wallow fire passed our property and headed west to Greer. Our home survived. But we had evacuated and weren't allowed back in. Three days after we left our home burnt down.

It has been established that the malboeuf cousins were responsible for starting the fire. But, it was the US Forest Service who fired the flare guns that started my property on fire. They burnt hundreds (thousands?) of acres on the west and south sides of Escudilla Mtn using the same means.

There doesn't seem to be any way to hold this government agency accountable. Who do you go to? I called the governor's office three times. I called both of my congressman's offices. You cannot reach these people. I spoke to the press at the first hearing in Flagstaff. They edited what I had to say to the point where it was essentially nonsense.

After the dust cleared someone awarded me $65k on what I estimate to be a loss in equity in the neighborhood of $200k.

My life was devastated as a result of losing my home, and almost all of my possessions. Irreplaceable pictures, and documents that were somehow left behind. Thousands of dollars worth of books, a library which took me 30 years to collect. Antiques that had been in the extended family, here in Arizona, since the 1880's. All my cold weather gear from my days working in Alaska. Canned foods Kat and I put up over several seasons. A whole room full. And, much more.

My old dog died from the heat he wasn't used to when we ended up with a roof over our heads in Tucson. And then, eventually, Kat left. I could write a country song.

If there is any question as to whether the Malboeuf's be allowed to pay the remaining restitution to the people harmed in the Wallow fire, I vote yes. Please. Yes.

I thank you for taking the time to read my plea. Will there be someone to listen this time?

Then we can close the book and move on.

Signed,
James Brannan
Po box 304
Nutrioso, Az
85932