# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Caleb Joshua Malboeuf (1);<br>David Wayne Malboeuf (2),<br><br>        Defendants. | No.   11-MJ-4234-PCT-DKD<br><br>**ORDER APPROVING RESOLUTION OF RESTITUTION** |

The Court having considered the arguments of the parties, and exercising its inherent equitable powers, hereby approves the Proposed Resolution of Restitution filed on March 6, 2017 (Doc. 116). Defendant Caleb Joshua Malboeuf is ordered to deposit $395,519.84 no later than May 1, 2017 with the Clerk of the United States District Court. This shall constitute full and final payment of all restitution ordered in this matter and satisfaction of the Amended Restitution Judgment dated November 20, 2012 (Doc. 84).

Upon payment of the restitution as ordered, the probation for both Defendants shall be terminated.

Dated this 19th day of April, 2017.

_____
David K. Duncan
United States Magistrate Judge